**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ERNEST LOPEZ, SR.**, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 2405 |
| | ) | |
| **MIKE KELLEY**, in his official capacity as | ) | |
| **SHERIFF** of **WILL COUNTY, ILLINOIS**, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On June 24, 2015 this Court issued its second sua sponte memorandum order ("Order") to bring the attention of defense counsel to fundamental deficiencies in the second of the responsive pleadings that they had submitted on behalf of their clients -- sort of a second "F" grade in Federal Pleading 101. Although the Order gave defense counsel until July 10 -- a bit over two weeks, which should have been more than enough -- "to file an appropriate amendment to the existing responsive pleading (not a fully self-contained Amended Answer) that conforms to the Rule 8(b)(1)(B) directive," that due date plus two additional working days have passed without the ordered response having been docketed (to say nothing of the nondelivery of the required courtesy copy to this Court's chambers). There is no apparent justification for that further delinquency, and defense counsel are ordered to pay a $200 fine to the Clerk of Court forthwith -- in addition, of course, to complying immediately with the Order.

_____
Milton I. Shadur
Date: July 15, 2015          Senior United States District Judge